IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| In re | Case No. 24-20007 |
| Gary T. Lawson<br>Babette M. Hisey- Lawson | Chapter 13 |
| | Judge: JAMES R. AHLER |
| Debtors | |
| | **MOTION OF LAKE MICHIGAN TAX AUCTION FOR RELIEF FROM STAY / 2324 Orange St., Lake Station, IN 46405** |

Lake Michigan Tax Auction, LLC hereby moves this Court pursuant to 11 U.S.C. 362(d) and Rules 4001, and 9013 of the Rules of Bankruptcy Procedure & Local Bankruptcy Rule 9013-1 for an Order modifying the automatic stay provided under 11 U.S.C. 362(a) in regard to the property located at 2324 Orange St., Lake Station, IN 46405, for the limited purpose of sending the notices and filing the verified petition for tax deed as required by Ind Code § 6-1.1-25-4.6. The grounds upon which this Motion is made are set forth in the Memorandum in Support filed herein.

    Respectfully submitted,

*/s/ Terra L. Meek*
Ulrich, Sassano, Deighton, Delaney & Higgins Co., L.P.A.
By:   Jerry N. Higgins (KY 90310)
    Terra L. Meek (KY 90830)
24755 Chagrin Blvd., Suite 200
Cleveland, OH 44122-5690
(216) 360-7200 Phone
(216) 360-7212 Facsimile
bankruptcy@carlisle-law.com
Attorneys for Movant:
Lake Michigan Tax Auction, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was served (i) **electronically** on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **first class mail**, postage prepaid and properly addressed on October 14, 2024, addressed to:

    Gary T. Lawson, Debtor, 2324 Orange St, Lake Station, IN 46405
    Babette M. Hisey-Lawson, Debtor, 2324 Orange St, Lake Station, IN 46405

    */s/ Terra l. Meek*
    Ulrich, Sassano, Deighton, Delaney &
    Higgins Co., L.P.A.
    By:  JERRY N. HIGGINS (KY# 90310)
        TERRA L. MEEK (KY# 90830)